# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:94cr3067/RV

DIANNE WILLIAMSON SMITH

**REFERRAL AND ORDER**

Referred to Judge Vinson on      03/02/2005
Type of Motion/Pleading   MOTION UNDER 18 USC 3582(C)(2)
Filed by: Defendant Smith       on 1/24/05       Doc. No. 320
( )   Stipulated/Consented/Joint Pleading
RESPONSES:
None                                        on _____   Doc. No. _____
_____ on _____   Doc. No. _____

                                WILLIAM M. McCOOL, CLERK OF COURT

                                */s/ V. Harmon*
                                Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   8th   day of   June  , 2005, that:

(a)   The requested relief is DENIED.
(b)   _____
      _____


                                */s/ Roger Vinson*
                                ROGER VINSON
                                SENIOR UNITED STATES DISTRICT JUDGE


Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                Document No.